IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CARLOS IVAN CAMPANA,<br><br>                Defendants. | CASE NO. 5:21-MJ-00016-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT<br>(Doc. 5) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter are hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **April 7, 2021**           _ **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE