1  DAVID A. TORRES | TORRES-STALLINGS
2  A LAW CORPORATION
   David A. Torres, SBN135059
3  1318 K. Street
   Bakersfield, CA 93301
4  Tel: (661)326-0857
   Fax: (661)326-0936
5  Email: dtorres@lawtorres.com

6  Attorney for:
7  CARLOS IVAN CAMPANA

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  5:21-mj-00016-JLT

12             Plaintiff,

13        v.                             STIPULATION AND ORDER TO MODIFY
                                         THE CONDITIONS OF RELEASE
14  Carlos Ivan Campana,
                                         (Doc. 15)
15             Defendants.

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

17  JENNIFER L. THURSTON AND CHRISTOPHER D. BAKER, ASSISTANT UNITED

18  STATES ATTORNEY:

19        **COMES NOW** Defendant, CARLOS IVAN CAMPANA, by and through his attorney of

20  record, DAVID A. TORRES hereby requests to modify the conditions of release to allow Mr.

21  Campana to post a $20,500.00 all cash bond.

22        On April 14th, 2021, a detention hearing was held wherein Mr. Campana was ordered

23  released on a $20,500 bond package to be secured by $12,500 in cash and $8,500 secured by the

24  salvaged title of a 2017 Honda Civic owned by the defendant. I have been informed by Mr.

25  Campana's family that the 2017 Honda was sold. As such, counsel is requesting that a full cash

26  bond be posted to the clerk of the court in the amount of $20,500.

27        I have spoken to AUSA Baker and he has no objection to the modification of the

28  conditions of release.

                                         1

**IT IS SO STIPULATED.**

DATED: April 16, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CARLOS IVAN CAMPANA

DATED: April 16, 2021

*/s/Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the order for release be modified and that the bond package of $20,500.00 be secured in full by cash.

IT IS SO ORDERED.

Dated: **April 16, 2021**          /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

2