PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS IVAN CAMPANA and JESUS ADRIAN PENA-GAMEZ, <br><br> Defendants. | CASE NO. 1:21-CR-00107-DAD-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: December 8, 2021 <br> TIME: 1:00 p.m. <br> COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on December 8, 2021.

2. By this stipulation, the parties move to continue the status conference until March 9, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between December 8, 2021, and March 9, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

a) Initial discovery was transmitted to defendants on May 3, 2021. This discovery consisted of 329 Bates-numbered items, including numerous audio and video recordings and reports of investigation. The initial discovery was transmitted under cover letter inviting defense counsel

to contact the government in the event they wished to inspect any physical evidence seized during the investigation of the case.

b)  On June 25, 2021, the government transmitted supplemental discovery to the defendants, consisting of Spanish-to-English transcriptions of recorded telephone calls previously produced. On September 28, 2021, the government transmitted additional supplemental discovery to the defendants, consisting of a laboratory report of controlled substances seized during the investigation.

c)  Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, and to otherwise prepare for trial.

d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2021 to March 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 30, 2021        PHILLIP A. TALBERT
                                Acting United States Attorney

                           By:  /s/ CHRISTOPHER D. BAKER
                                CHRISTOPHER D. BAKER
                                Assistant United States Attorney


                                /s/ DAVID A. TORRES
                                DAVID A. TORRES
                                Counsel for defendant Carlos Ivan Campana


                                /s/ REED GRANTHAM
                                REED GRANTHAM
                                Counsel for defendant Jesus Adrian Pena-Gamez

## ORDER

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **March 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 30, 2021**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING EXCLUDABLE        3
PERIODS UNDER SPEEDY TRIAL ACT