PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS IVAN CAMPANA,<br><br>Defendant. | CASE NO. 1:21-CR-00107-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: March 9, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on March 9, 2022.

2. By this stipulation, the parties move to continue the status conference until April 27, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between March 9, 2022, and April 27, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

a) Initial discovery was transmitted to defendant on May 3, 2021. This discovery consisted of 329 Bates-numbered items, including numerous audio and video recordings and reports of investigation. The initial discovery was transmitted under cover letter inviting defense counsel to contact the government in the event he wished to inspect any physical evidence seized during

STIPULATION AND ORDER REGARDING EXCLUDABLE
PERIODS UNDER SPEEDY TRIAL ACT

1

the investigation of the case.

b) On June 25, 2021, the government transmitted supplemental discovery to the defendant, consisting of Spanish-to-English transcriptions of recorded telephone calls previously produced. On September 28, 2021, the government transmitted additional supplemental discovery to the defendant, consisting of a laboratory report of controlled substances seized during the investigation.

c) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2022 to April 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 2, 2022　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/ DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　Counsel for defendant Carlos Ivan Campana


### **ORDER**

IT IS SO ORDERED that the status conference is continued from March 9, 2022, to **April 27, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __March 2, 2022__　　　　　　　　　　　／s／ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING EXCLUDABLE
PERIODS UNDER SPEEDY TRIAL ACT

3