**FILED**

JUL 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00107-ADA-BAM |
| Plaintiff, | ORDER DECLARING FORFEITURE OF BAIL |
| v. | |
| CARLOS IVAN CAMPANA, | |
| Defendant. | |
| RACHEL CAMPANA, | |
| Surety. | |

WHEREAS, the defendant, having violated at least one condition of his appearance bond, and for good cause shown, IT IS HEREBY ORDERED that:

Pursuant to 18 U.S.C. § 3146(d) and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, Defendant Carlos Ivan Campana's bail is ordered FORFEITED.

IT IS SO ORDERED.

Dated:  7/27/23

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

ORDER DECLARING FORFEITURE OF BAIL

1