IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>CARLOS IVAN CAMPANA,<br><br>                              Defendant.<br><br>RACHEL CAMPANA,<br><br>                              Surety. | CASE NO. 1:21-CR-00107-ADA-BAM<br><br>ORDER DIRECTING CLERK TO ENTRY DEFAULT JUDGMENT AND DIRECTING CLERK TO APPLY SECURED CASH BOND TO CRIME VICTIMS FUND |

The Court, having reviewed the court files and the United States' Motion for an Order Directing Clerk to Enter Default Judgment and Directing Clerk to Apply Secured Cash Bond to Crime Victims Fund (the Motion), hereby GRANTS the Motion. Accordingly, the Court directs the Clerk of Court to:

1. ENTER default judgment in favor of the United States for $20,500, plus interest as allowed by law; and

2. APPLY the $20,500 cash bond (plus any accrued interest) currently held with the clerk to the Crime Victims Fund.

IT IS SO ORDERED.

Dated:   **July 28, 2023**

UNITED STATES MAGISTRATE JUDGE

MOTION FOR ORDER DIRECTING CLERK TO ENTER DEFAULT JUDGMENT AND DIRECTING CLERK TO APPLY SECURED CASH BOND TO CRIME VICTIMS FUND

1